# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0535. TERRANCE MOBLEY v. STATE BOARD OF PARDONS AND PAROLE et al.**

In this pro se petition, Terrance Mobley seeks to invoke this Court's original jurisdiction for a writ of mandamus. Mobley appears to be asking this Court to compel the Board of Pardons and Parole to release him from incarceration. We, however, lack jurisdiction to consider his request.

"Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). Rather, the procedure to be followed before seeking to invoke this Court's original jurisdiction is to file the petition in the appropriate lower court first. See *Graham v. Cavender*, 252 Ga. 123, 123 (311 SE2d 832) (1984); *Expedia, Inc. v. City of Columbus*, 305 Ga. App. 450, 455 (2) (b) (699 SE2d 600) (2010) ("Except in the rarest of cases, litigants seeking to invoke this Court's original jurisdiction . . . must first petition the superior court for such relief.").

This is not one of the extremely rare instances in which this Court will exercise its original jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013). Until Mobley has pursued mandamus relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction. See *Brown*, 251

Ga. at 436-437. Accordingly, this petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/16/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*